UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,
          Plaintiff

VERSUS                                CIVIL ACTION NO. 18-CV-37-

CONNECTICUT VALLEY ARMS (BP FIREARMS LLC)
UNKNOWN RIFLE CAL, GLOCK GMBH 43 PISTOL
CAL: .9MM SN: BDEY527, GLOCK GMBH 19 PISTOL
CAL: .9MM SN: LZW683, TAURUS UNKNOWN REVOLVER
CAL: UNKNOWN SN: DW65034, ITALY UNKNOWN
REVOLVER CAL: UNKNOWN SN: 29674, HS PRODUCTS
(IM METAL) XD45 PISTOL CAL: .45 SN: XD611940,
HERITAGE MFG. INC. ROUGH RIDER REVOLVER CAL: .22
SN: E48317, DPMS INC. (DEFENSE PROCUREMENT
MFG. SERVICES) A15 RIFLE CAL: 2, RUGER 10/22 RIFLE
CAL: .22 SN: .241-75386, HARRINGTON AND RICHARDSON
UNKNOWN SHOTGUN CAL: UNKNOWN SN: HP2,
UNKNOWN RIFLE CAL: UNKNOWN SN: UNKNOWN,
MARLIN FIREARMS CO 336 RIFLE CAL: 30-30 SN: 26062650,
REMINGTON ARMS COMPANY INC. 1100 SHOTGUN CAL: 12
SN: M357946V, REMINGTON ARMS COMPANY INC. 550-1 RIFLE
CAL: .22 SN: UNKNOWN, MOSSBERG 500 SHOTGUN CAL: 410
SN: R107960, MOSSBERG 340KA RIFLE CAL: .22 SN: UNKNOWN,
SPRINGFIELD ARMORY, GENESEO, I1 UNKNOWN RIFLE CAL: UNKNOWN
SN UNKNOWN, HIGH STANDARD UNKNOWN SHOTGUN CAL: UNKNOWN,
SN: UNKNOWN, HIGH STANDARD UNKNOWN SHOTGUN CAL: UNKNOWN,
SN: UNKNOWN, RADOM UNKNOWN RIFLE CAL: UNKNOWN SN: 2622F,
WINCHESTER 60A RIFLE CAL: .22 SN: UNKNOWN, WINCHESTER 1200
SHOTGUN CAL: 12 SN: L900169, REMINGTON ARMS COMPANY INC.
1100 SHOTGUN CAL: 20 SN: P203476K,
123 ROUNDS ASSORTED AMMUNITION CAL: MULTI
2634 ROUNDS ASSORTED AMMUNITION CAL: MULTI
973 ROUNDS ASSORTED AMMUNITION CAL: MULTI
790 ROUNDS ASSORTED AMMUNITION CAL: MULTI
3102 ROUNDS ASSORTED AMMUNITION CAL: MULTI
900 ROUNDS ASSORTED AMMUNITION CAL: MULTI
1952 ROUNDS ASSORTED AMMUNITION CAL: MULTI
1312 ROUNDS ASSORTED AMMUNITION CAL: MULTI
765 ROUNDS ASSORTED AMMUNITION CAL: MULTI,
                    Defendants

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

NOW INTO COURT COMES the United States of America, by Corey R. Amundson, Acting United States Attorney, and Jay Thompson, Assistant United States Attorney, who bring this Complaint and alleges as follows:

**NATURE OF THE ACTION**

This is an action to forfeit the following:

17-ATF-026292 Connecticut Valley Arms (BP Firearms LLC) Unknown Rifle CAL
17-ATF-026330 Glock GMBH 43 Pistol CAL: .9 SN: BDEY527
17-ATF-026331 Glock GMBH 19 Pistol CAL: .9 SN: LZW683
17-ATF-026295 Taurus Unknown Revolver CAL: Unknown SN: DW65034
17-ATF-026299 Italy Unknown Revolver CAL: Unknown SN: 29674
17-ATF-026301 HS Products (IM Metal) XD45 Pistol CAL: .45 SN: XD611940
17-ATF-026302 Heritage MFG. Inc. Rough Rider Revolver CAL: .22 SN: E48317
17-ATF-026304 DPMS INC. (DEFENSE PROCUREMENT MFG. SVCS) A15 Rifle Cal: 2
17-ATF-026305 Ruger 10/22 Rifle CAL: .22 SN: 241-75386
17-ATF-026317 Harrington and Richardson Unknown Shotgun CAL: Unknown SN: HP2
17-ATF-026319 Unknown Unknown Rifle CAL: Unknown SN: Unknown
17-ATF-026320 Marlin Firearms Co 336 Rifle CAL: 30-30 SN: 26062650
17-ATF-026322 Remington Arms Company Inc. 1100 Shotgun CAL: 12 SN: M357946V
17-ATF-026324 Remington Arms Company Inc. 550-1 Rifle CAL: 22 SN: Unknown
17-ATF-026325 Mossberg 500 Shotgun CAL: 410 SN: R107960
17-ATF-026327 Mossberg 340KA Rifle CAL: 22 SN: Unknown
17-ATF-026328 Springfield Armory, Geneseo, I1 Unknown Rifle CAL: Unknown SN
17-ATF-026347 High Standard Unknown Shotgun CAL: Unknown SN: Unknown
17-ATF-026348 High Standard Unknown Shotgun CAL: Unknown SN: Unknown
17-ATF-026349 Radom Unknown Rifle CA: Unknown SN: 2622F
17-ATF-026350 Winchester 60A Rifle CAL: .22 SN: Unknown
17-ATF-026351 Winchester 1200 Shotgun CAL: 12 SN: L900169
17-ATF-026352 Remington Arms Company Inc. 1100 Shotgun CAL: 20 SN: P203476K
17-ATF-026329 123 Rounds Assorted Ammunition CAL: Multi
17-ATF-026332 2634 Rounds Assorted Ammunition CAL: Multi
17-ATF-026333 973 Rounds Assorted Ammunition CAL: Multi
17-ATF-026334 790 Rounds Assorted Ammunition CAL: Multi
17-ATF-026335 3102 Rounds Assorted Ammunition CAL: Multi
17-ATF-026336 900 Rounds Assorted Ammunition CAL: Multi
17-ATF-026337 1952 Rounds Assorted Ammunition CAL: Multi
17-ATF-026338 1312 Rounds Assorted Ammunition CAL: Multi
17-ATF-026339 765 Rounds Assorted Ammunition CAL: Multi

(hereinafter, the "Defendant Property"), as firearms and ammunition involved in a knowing

violation of 18 U.S.C. § 922(g)(1), which prohibits the possession of a firearm and ammunition by a person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, and thereby forfeitable pursuant to 18 U.S.C. § 924(d)(1).

## JURISDICTION AND VENUE

Plaintiff brings this action in rem in its own right to forfeit and condemn the Defendant Property pursuant to 18 U.S.C. §§ 924(d)(1). This Court has jurisdiction over this action under 28 U.S.C. §§ 1345 and 1355.

Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395 because the acts or omissions giving rise to the forfeiture occurred in this district; the Defendant Property is located in this district; and any criminal prosecution could have been brought in this district.

## THE DEFENDANT IN REM

The Defendant Property consists of:

17-ATF-026292 Connecticut Valley Arms (BP Firearms LLC) Unknown Rifle CAL
17-ATF-026330 Glock GMBH 43 Pistol CAL: .9 SN: BDEY527
17-ATF-026331 Glock GMBH 19 Pistol CAL: .9 SN: LZW683
17-ATF-026295 Taurus Unknown Revolver CAL: Unknown SN: DW65034
17-ATF-026299 Italy Unknown Revolver CAL: Unknown SN: 29674
17-ATF-026301 HS Products (IM Metal) XD45 Pistol CAL: .45 SN: XD611940
17-ATF-026302 Heritage MFG. Inc. Rough Rider Revolver CAL: .22 SN: E48317
17-ATF-026304 DPMS INC. (DEFENSE PROCUREMENT MFG. SVCS) A15 Rifle Cal: 2
17-ATF-026305 Ruger 10/22 Rifle CAL: .22 SN: 241-75386
17-ATF-026317 Harrington and Richardson Unknown Shotgun CAL: Unknown SN: HP2
17-ATF-026319 Unknown Unknown Rifle CAL: Unknown SN: Unknown
17-ATF-026320 Marlin Firearms Co 336 Rifle CAL: 30-30 SN: 26062650
17-ATF-026322 Remington Arms Company Inc. 1100 Shotgun CAL: 12 SN: M357946V
17-ATF-026324 Remington Arms Company Inc. 550-1 Rifle CAL: 22 SN: Unknown
17-ATF-026325 Mossberg 500 Shotgun CAL: 410 SN: R107960
17-ATF-026327 Mossberg 340KA Rifle CAL: 22 SN: Unknown
17-ATF-026328 Springfield Armory, Geneseo, I1 Unknown Rifle CAL: Unknown SN
17-ATF-026347 High Standard Unknown Shotgun CAL: Unknown SN: Unknown
17-ATF-026348 High Standard Unknown Shotgun CAL: Unknown SN: Unknown
17-ATF-026349 Radom Unknown Rifle CA: Unknown SN: 2622F
17-ATF-026350 Winchester 60A Rifle CAL: .22 SN: Unknown

17-ATF-026351 Winchester 1200 Shotgun CAL: 12 SN: L900169
17-ATF-026352 Remington Arms Company Inc. 1100 Shotgun CAL: 20 SN: P203476K
17-ATF-026329 123 Rounds Assorted Ammunition CAL: Multi
17-ATF-026332 2634 Rounds Assorted Ammunition CAL: Multi
17-ATF-026333 973 Rounds Assorted Ammunition CAL: Multi
17-ATF-026334 790 Rounds Assorted Ammunition CAL: Multi
17-ATF-026335 3102 Rounds Assorted Ammunition CAL: Multi
17-ATF-026336 900 Rounds Assorted Ammunition CAL: Multi
17-ATF-026337 1952 Rounds Assorted Ammunition CAL: Multi
17-ATF-026338 1312 Rounds Assorted Ammunition CAL: Multi
17-ATF-026339 765 Rounds Assorted Ammunition CAL: Multi

## FACTS

1. On or about June 10, 2017, an anonymous complaint was filed alleging that LG was posing as a firearms dealer on a website known as www.LouisianaSportsman.com. A federal search warrant was obtained for the residence of LG and executed on August 1, 2017. During the execution of the search warrant, 495 firearms and over 38,000 rounds of ammunition were seized. Also seized during the warrant were documents that LG completed during firearm sales to various individuals including Billy Lala. These documents provided information such as, date of transaction, home addresses, driver's license numbers, purchase price, etc.

2. According to records seized, Lala purchased a CVA 35-Whelen rifle, bearing serial number 61-06-069547-15, from LG on October 17, 2016. The bill of sale provided Lala's date of birth and his Louisiana driver's license number, his home address, on Harvest Grove Avenue, Walker, Louisiana; the purchase price of $435.00; and signatures for Lala and LG.

3. On August 13, 2017, Special Agent Kevin Allred conducted an investigation into Lala's criminal history, which showed that he was a convicted felon. Specifically, Lala had been arrested on September 2, 2001, for simple burglary of an inhabited

dwelling (three counts), and theft of a firearm. On July 6, 2004, Lala was also convicted of possession of stolen things and sentenced to two years supervised probation, which ended on July 6, 2006.

4. The Brady Act (18 U.S.C. § 922(t)(1)(A)) requires that all federal firearms dealers conduct a background check through the National Instant Criminal Background Check System (NICS) to determine whether transfer of a firearm to a person would violate federal or state law. The NICS system is administered by the Federal Bureau of Investigation (FBI) and is required to keep background check inquiries that were denied. On August 25, 2017, Special Agent Kevin Allred conducted a search of the ATF NICS Referral database to see if any NICS denials were associated with Billy Lala. The NICS records showed that Lala attempted to purchase a firearm on two occasions after his felony conviction and was denied by the NICS system following the background checks. Specifically, the records showed that on November 23, 2005, Lala attempted to purchase a long gun at Academy Sports in Baton Rouge, Louisiana, but was denied by NICS due to him being a convicted felon. Similarly, on March 21, 2015, Lala attempted to purchase a long gun at Larry's guns in Baton Rouge, Louisiana but was again denied by NICS following a background check due to him being a convicted felon.

5. On August 25, 2017, SA Allred ran a search for Lala through open source records. Address information showed that Lala resided on Harvest Grove Avenue in Walker, Louisiana, and had lived at this address since December of 2012.

6. On September 5, 2017 at approximately 2:30 PM, SA Allred, SA Green, and SA Cambre drove to Lala's residence and observed several subjects sitting and

standing on the front porch of the residence. Agents exited the vehicle and SA Allred asked who lived at the residence. A male subject, later identified to be Billy Lala stated that he did. SA Allred spoke to Lala about LG and the investigation that was being conducted on LG. Agents eventually asked if Lala had the firearm that he purchased from LG in October of 2016. Lala indicated that he did have the firearm inside the residence and had other weapons. Lala went to retrieve the firearm and agents asked if they could accompany him inside, which he declined. Lala entered into the residence and a minute or so later came back out with the rifle.

7. After coming back outside with the rifle, Lala stated to agents that he had purchased several firearms before and after the purchase of the rifle from LG in October of 2016. Lala stated that he purchased firearms from Walker Pawn.

8. While standing in the driveway speaking to Lala, approximately 20-30 feet from the front door, SA Allred observed a spent .223 shell casing sitting on top of gravel.

9. During the contact with Lala, he also stated that he was in the process of getting his felony conviction expunged. Lala stated that he was aware that currently, his conviction has not been expunged, but that he was talking with his attorney who was processing the request.

10. SA Allred seized the rifle that was purchased from LG and provided Lala with a receipt for the property. Agents left the residence at approximately 2:50 PM.

11. SA Allred conducted an inquiry in the Livingston Parish Sheriff's Office tax records database for the property located at Harvest Grove Avenue in Walker, Louisiana which revealed that the residence was owned by Christian L. and Billy

Lala.

12. Based upon the foregoing information, SA Allred believed that Billy LaLa had committed violations of 18 U.S.C. § 922 (g)(l), possession of a firearm by a convicted felon, and that probable cause existed for the issuance of a federal search warrant for the residence of Billy Lala located on Harvest Grove Avenue, Walker, Louisiana, 70785 to see if he had additional weapons inside.

13. SA Allred obtained a federal search warrant and on September 6, 2017, he and other officers went back to Lala's residence to execute the warrant. Upon doing so and upon entry into his house, they found empty gun boxes and a gun safe that was empty. Lala told agents he had 17-ATF-026330 Glock GMBH 43 Pistol CAL: .9mm SN: BDEY527, on the kitchen counter and 17-ATF-026331 Glock GMBH 19 Pistol CAL: .9mm SN: LZW683, in the glove compartment of his truck, which he turned over to SA Allred.

14. In the garage they found thousands of rounds of various ammunition: 17-ATF 026332 - 2634 Rounds Assorted Ammunition CAL: Multi, 17-ATF-026333-973 Rounds Assorted Ammunition CAL: Multi, 17-ATF-026334 - 790 Rounds Assorted Ammunition CAL: Multi, 17-ATF-026335 - 3102 Rounds Assorted Ammunition CAL: Multi, 17-ATF-026336 - 900 Rounds Assorted Ammunition CAL: Multi, 17-ATF-026337 - 1952 Rounds Assorted Ammunition CAL: Multi, 17-ATF-026338 - 1312 Rounds Assorted Ammunition CAL: Multi, 17-ATF-026339 - 765 Rounds Assorted Ammunition CAL: Multi. When agents asked Lala where the guns were, the guns he had admitted he had just the day before, Lala asked to speak to his attorney. He called his attorney, Chris Alexander, and

his attorney advised him to tell Agents where the guns were.

15. Lala then advised that he had spoken with his attorney the night before and he had told him to move all of the weapons out of his house. He further advised that his attorney said the Agents maybe be watching you so have your wife move them. The Agents asked where they moved the weapons and Lala advised to his mother's house. He then took Agents to his mother's house and Agents knocked on the door and Delores Farmer answered. Agents asked if she would bring out the guns that Lala had brought over the night before. She then brought out the following weapons:

17-ATF-026292 Connecticut Valley Arms (BP Firearms LLC) Unknown Rifle CAL
17-ATF-026330 Glock GMBH 43 Pistol CAL: .9 SN: BDEY527
17-ATF-026331 Glock GMBH 19 Pistol CAL: .9 SN: LZW683
17-ATF-026295 Taurus Unknown Revolver CAL: Unknown SN: DW65034
17-ATF-026299 Italy Unknown Revolver CAL: Unknown SN: 29674
17-ATF-026301 HS Products (IM Metal) XD45 Pistol CAL: .45 SN: XD611940
17-ATF-026302 Heritage MFG. Inc. Rough Rider Revolver CAL: .22 SN: E48317
17-ATF-026304 DPMS INC. (DEFENSE PROCUREMENT MFG. SVCS) A15 Rifle Cal: 2
17-ATF-026305 Ruger 10/22 Rifle CAL: .22 SN: 241-75386
17-ATF-026317 Harrington and Richardson Unknown Shotgun CAL: Unknown SN: HP2
17-ATF-026319 Unknown Unknown Rifle CAL: Unknown SN: Unknown
17-ATF-026320 Marlin Firearms Co 336 Rifle CAL: 30-30 SN: 26062650
17-ATF-026322 Remington Arms Company Inc. 1100 Shotgun CAL: 12 SN: M357946V
17-ATF-026324 Remington Arms Company Inc. 550-1 Rifle CAL: 22 SN: Unknown
17-ATF-026325 Mossberg 500 Shotgun CAL: 410 SN: R107960
17-ATF-026327 Mossberg 340KA Rifle CAL: 22 SN: Unknown
17-ATF-026328 Springfield Armory, Geneseo, I1 Unknown Rifle CAL: Unknown SN
17-ATF-026347 High Standard Unknown Shotgun CAL: Unknown SN: Unknown
17-ATF-026348 High Standard Unknown Shotgun CAL: Unknown SN: Unknown
17-ATF-026349 Radom Unknown Rifle CA: Unknown SN: 2622F
17-ATF-026350 Winchester 60A Rifle CAL: .22 SN: Unknown
17-ATF-026351 Winchester 1200 Shotgun CAL: 12 SN: L900169
17-ATF-026352 Remington Arms Company Inc. 1100 Shotgun CAL: 20 SN: P203476K
17-ATF-026329 123 Rounds Assorted Ammunition CAL: Multi
17-ATF-026332 2634 Rounds Assorted Ammunition CAL: Multi
17-ATF-026333 973 Rounds Assorted Ammunition CAL: Multi
17-ATF-026334 790 Rounds Assorted Ammunition CAL: Multi
17-ATF-026335 3102 Rounds Assorted Ammunition CAL: Multi
17-ATF-026336 900 Rounds Assorted Ammunition CAL: Multi
17-ATF-026337 1952 Rounds Assorted Ammunition CAL: Multi

17-ATF-026338 1312 Rounds Assorted Ammunition CAL: Multi
17-ATF-026339 765 Rounds Assorted Ammunition CAL: Multi

16. Agents seized all of the weapons and ammunition as Lala confirmed these were the guns from his residence, and ATF began administrative forfeiture proceedings in an attempt to forfeit all of the weapons. Notices were sent to all interested parties and the following people filed claims: Billy Lala filed a claim for the rifle he bought that the Agent's seized; Christian Lala filed a claim for 2 of the pistols and the 12,651 rounds of ammunition seized from their residence; and Delores Farmer (Billy Lala's mother) filed a claim for the remaining weapons.

17. In Christian Lala's claim, she claims she owned two of the pistols and claims some of the other weapons were given to her by family members or she bought them for her son.

18. Delores Farmer filed a claim for the remaining weapons and said that they were either left to her nephew in her father's will or given to her by family members. SA Allred asked for documentation supporting her claim of ownership of certain weapons, but as of this filing, none were provided.

19. Once the claims were filed with ATF, they referred the case to the United States Attorney's Office for consideration of pursuing judicial forfeiture.

20. Further investigation revealed that the above described firearms were manufactured outside of Louisiana, therefore traveled in and affected interstate commerce.

## CLAIM FOR RELIEF

Pursuant to 18 U.S.C. § 922(g)(1), "It shall be unlawful for any person ... who has been convicted in any court of ... a crime punishable by imprisonment for a term exceeding one

year…to…possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce." Pursuant to 18 U.S.C. § 924(d)(1), any firearm and ammunition involved or used in any knowing violation of 18 U.S.C. § 922(g)(1) shall be subject to seizure and forfeiture.

By reason of the facts set forth and incorporated herein, the Defendant Property can be properly forfeited to the United States of America pursuant to 18 U.S.C. § 924(d).

**WHEREFORE**, the plaintiff requests that the Court issue a warrant and summons for the arrest and seizure of the Defendant Property; that notice of this action be given to all persons known or thought to have an interest in or right against the Defendant Property; that the Defendant Property be forfeited to the United States of America; and that the Court award the plaintiff such other and further relief as this Court deems proper and just.

Dated this 19th day of January, 2018.

        UNITED STATES OF AMERICA, by

        COREY R. AMUNDSON
        ACTING UNITED STATES ATTORNEY

        /s/ James P. Thompson
        James P. Thompson, LBN 21090
        Assistant United States Attorney
        777 Florida Street, Suite 208
        Baton Rouge, Louisiana  70801
        Telephone: (225) 389-0443
        Fax: (225) 389-0685
        E-mail: jay.thompson@usdoj.gov

## **VERIFICATION**

I, Special Agent Alton Cambre, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives, that I have read the foregoing Verified Complaint In Rem and know the contents thereof, and that the matters contained in the complaint are true to my own knowledge, except that those matters not within my own personal knowledge are alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with other officers, as a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this ___ day of January, 2018.

_____
ATF Special Agent

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff(s)*<br>v.<br>Multiple Firearms<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 18-CV-37-<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Connecticut Valley Arms (BP Firearms LLC) Unknown Rifle CAL; Glock GMBH 43 Pistol CAL: .9 SN: BDEY527; Glock GMBH 19 Pistol CAL: .9 SN: LZW683; Taurus Unknown Revolver CAL: Unknown SN: DW65034; Italy Unknown Revolver CAL: Unknown SN: 29674; HS Products (IM Metal) XD45 Pistol CAL: .45 SN: XD611940 Heritage MFG. Inc. Rough Rider Revolver CAL: .22 SN: E48317; et als.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JAMES P. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
777 FLORIDA STREET, ROOM 208
BATON ROUGE, LOUISIANA 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-CV-37-

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
Multiple Firearms as enumerated in the Verified Complaint

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
JAMES P. THOMPSON, AUSA
777 FLORIDA STREET, ROOM 208
BATON ROUGE, LOUISIANA 70801 TEL: 225-389-0443

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 340 Marine | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18, United States Code, Section 924(d)(1)
Brief description of cause:
Forfeiture In Rem

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE
DOCKET NUMBER

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 01/19/2018 | /s/ James P. Thompson |

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE